UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: Lenin Bastidas ) 11 B 00662
)
)
Debtor(s) ) Judge Bruce W Black

## ORDER CONFIRMING PLAN

The plan under Chapter 13 of the Bankruptcy Code, filed by the debtor on 1/10/11, (as modified by the amendment(s) filed on N/A ) having been found by the court to comply with the provisions of 11 U.S.C. § 1325, **THE PLAN IS HEREBY CONFIRMED.**

All property of the estate, as specified by 11 U.S.C. §§ 541 and 1306, will continue to be property of the estate following confirmation, unless (1) the plan provides for surrender of the property, or (2) the property is sold pursuant to the plan or court order.

Dated: - 2 JUN 2011

_____
Bankruptcy Judge